**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**WALTER R. COLE, AND WIFE,
DOROTHY COLE** **PLAINTIFFS**

**v.** **CIVIL ACTION NO.: 1:10CV183-SA-DAS**

**NEW HAMPSHIRE INSURANCE** **DEFENDANT**

### ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment [36] is GRANTED; and

(2) Plaintiffs' Motion to Continue [40] is denied as MOOT.

SO ORDERED, this the 9th day of January, 2012.

                                                **/s/ Sharion Aycock**
                                               **UNITED STATES DISTRICT JUDGE**